United States District Court for the  Western

District of  Kentucky

| Teresa Chandler |
|---|

Plaintiff,

vs.  Case No.  6:17-cv-50-GFVT

| Peoples Bank & Trust Co. of Hazard |
|---|

Defendant.

# NOTICE OF APPEAL

Notice is hereby given that  Teresa Chandler ,
*Name all parties taking the appeal*

hereby appeal to the United States Court of Appeals for the Sixth Circuit from

Opinion and Order Dismissing Plaintiff's Complaint with Prejudice
*The final judgment, from an order describing it*

entered in this action on the   26th   day of                                    March , 2018          .

(s) James Hays Lawson

Address: Lawson at Law, PLLC

115 S. Sherrin Ave., Suite  #5

Louisville, KY 40207

Attorney for  Teresa Chandler

**Note to inmate filers:**  If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.

cc:  Opposing Counsel  ✓
     Court of Appeals   ✓

6CA-3
11/16